# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:19-cv-1895-T-36CPT | DATE: | January 30, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| WYNDHAM VACATION OWNERSHIP, INC., et al.<br><br>v.<br><br>THE MONTGOMERY LAW FIRM, LLC, et al. | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Daniel Barsky<br>Kristi Sivick – client representative<br>Eric Adams – not of atty of record | |
| | | **DEFENSE COUNSEL**<br>Robert Ward<br>Michael Kiernan<br>Heather Fleming | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 2:05 p.m. – 2:10 p.m.<br>2:13 p.m. – 3:29 p.m.<br>3:51 p.m. – 4:23 p.m. | **TOTAL: 1/53** | **COURTROOM:** 12B |

**PROCEEDINGS:    MOTION HEARING**

The Court hears oral argument re: the following motions:
Plaintiff's Motion to Compel PTG and Hemingway to Comply with Their 10/29 Agreements (Doc. 203);
Plaintiffs' Motion to Compel to Produce Documents & Provide Amended Interrogatory Responses (Doc. 217);
Amended Motion for Leave to Withdraw as Counsel for Certain Defendants (Doc. 219);
Plaintiffs' Motion to Compel Discovery from PTG and Hemingway (Doc. 221); and
Defendants' Motion to Compel Discovery (Doc. 227).

The Court takes a recess.

For the reasons stated on the record, the Court states that it is inclined to do the following:
Grant (Doc. 219) Amended Motion to Withdraw as Counsel.
Grant (Doc. 203) Plaintiffs' Motion to Compel PTG and Hemingway to Comply with Their 10/29 Agreements.
Grant (Doc. 217) Plaintiffs' Motion to Compel to Produce Documents and Interrogatory Responses.
Grant (Doc. 221) Plaintiffs' Motion to Compel Discovery from PTG and Hemingway.
Deny without Prejudice (Doc. 227) Defendants' Motion to Compel Discovery.

The Court takes all the motions under advisement.   Order to follow.