# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> MONTGOMERY LAW FIRM, LLC, *et al.* <br><br> Defendants. | Case No.: 8:19-cv-1895-T-36-CPT <br><br> **MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN DEFENDANTS AND INCORPORATED MEMORANDUM OF LAW** |

Defendants, THE MONTGOMERY LAW FIRM, LLC ("Montgomery Law Firm"); MONTGOMERY & NEWCOMB, LLC ("Montgomery & Newcomb"); M. SCOTT MONTGOMERY, ESQ. ("Montgomery"); W. TODD NEWCOMB, ESQ. ("Newcomb"); and DONNELLY SNELLEN ("Snellen"); (collectively referred to as "Defendants"), pursuant to M.D. Fla. R. 2.03 (b), moves for the entry of an order permitting Attorneys Coleman W. Watson, Esq. and Leia V. Leitner, Esq. of the law firm of WATSON, LLP, to withdraw from this case and to terminate Attorneys Watson and Leitner's continued notices of record activity sent to the email addresses: coleman@watsonllp.com and leia@watsonllp.com from CM/ECF delivery as the firm of Watson LLP is ceasing operations in the very near future. And, in further support thereof of said Motion, states as follows:

1. On December 10, 2018, Plaintiffs filed the instant action against Defendants for damages and injunctive relief for false advertising and contributory false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1) and under the causes of action for a defendant making false and/or misleading representations about its own goods or services, intentional interference with contractual relations, civil conspiracy, and violations of the Florida Deceptive and Unfair Trade Practices Act. *See generally* Doc. 1 at ¶¶23–24.

2. On January 3, 2019, Coleman W. Watson, Esq. and Leia V. Leitner, Esq. of the law firm of Watson, LLP entered appearances in this action as local counsel for the above-referenced Defendants. *See* Docs. 8, 9.

3. Then, on January 22, 2019, Attorney Watson filed a Motion for Robert Ward, Esq. to Appear *Pro Hac* Vice and Written Designation and Consent of Local Counsel to Act in this action, *see* Doc. 24, and this Court permitted Attorney Ward's special appearance as counsel on behalf of Defendants. Doc. 26. Shortly thereafter, Attorney Ward was designated as primary counsel, and Attorneys Watson and Leitner, as local counsel for Defendants. Doc. 40.

4. Due to unforeseen circumstances, however, Coleman W. Watson, Esq., suffered a serious medical issue (unrelated to COVID-19) and is unable to practice law at this time. As a result, the law firm of Watson, LLP is having to cease operations based on Mr. Watson's grave medical condition. As such, Attorneys Watson and Leitner of Watson, LLP seek to withdraw as counsel for Defendants in the above-referenced action.

5. "No attorney, having made a general appearance under subsection (a) of this rule, shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving <u>ten (10) days' notice</u> to the party or client affected thereby, and to opposing counsel." M.D. Fla. R. 2.03(b) (emphasis added).

6. The Motion for Withdrawal should be granted for several reasons. First, the Defendants, *Pro Hac* vice counsel, and opposing counsel, were provided with ten days' notice and a full explanation of the grounds for this Motion, pursuant to the notice requirements under the Local Rules of this District. *See id.* Second, withdrawal should be permitted because Mr. Watson is unable to practice at law at this time due to his significant medical condition. Finally, the law firm of Watson, LLP will be dissolved soon; thus, the undersigned will no longer be employed at Watson, LLP and will not have the means to effectively represent Defendants for the close of these proceedings. *See id.*

7. Accordingly, Coleman W. Watson and Leia V. Leitner of the law firm of WATSON, LLP are, therefore, seeking to withdraw from representing Defendants as local counsel in Case No.: 8:19-cv-1895-T-36-CPT.

8. The undersigned respectfully requests thirty (30) days for Defendants, Montgomery Law Firm and Montgomery & Newcomb, to secure other counsel for the close of these proceedings. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *S-Owners Ins. Co. v. Eagle Signs, LLC,* No. 313CV658J99TJCMCR, 2013 WL 12156807, at *2 (M.D. Fla. Oct. 16, 2013) (explaining that corporations must be represented by counsel); *see also* M.D. Local Rule 2.03(d).

## VERIFICATION

The undersigned hereby further states that the facts and allegations contained herein are true and accurate. In an effort to protect Mr. Watson's privacy, the specific details of Mr. Watson's medical condition have not been articulated in this motion; however, more information can be provided to the Court, if necessary.

**WHEREFORE,** Defendants, THE MONTGOMERY LAW FIRM, LLC; MONTGOMERY & NEWCOMB, LLC; M. SCOTT MONTGOMERY, ESQ.; W. TODD NEWCOMB, ESQ.; and DONNELLY SNELLEN, respectfully requests the entry of an Order granting the withdrawal of Attorneys Coleman Watson, Esq. and Leia V. Leitner, Esq. of the law firm of WATSON, LLP as counsel for Defendants, and for such other further relief that this Court deems just and necessary.

Dated: April 10, 2020.

          Respectfully submitted,

          WATSON LLP

          */s/ Leia V. Leitner*
          **Coleman W. Watson, Esq.**
          Florida Bar. No. 0087288
          California Bar No. 266015
          Georgia Bar No. 317133

        New York Bar Reg. No. 4850004
        Email: coleman@watsonllp.com
              docketing@watsonllp.com
        **Leia V. Leitner, Esq.**
        Florida Bar No. 0105621
        Email**:** leia@watsonllp.com

        **WATSON LLP**
        189 S. Orange Avenue
        Suite 810
        Orlando, FL 32801
        Telephone: 407.377.6634
        Facsimile: 407.377.6688

        *Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

    I HEREBY CERTIFY that on March 31, 2020, pursuant to M.D. Fla. R. 3.01(g), I conferred in good faith with opposing counsel to resolve the issues raised herein without court intervention. Opposing Counsel represented that they are unopposed to a substitution of counsel, but oppose a withdrawal of counsel for Defendants due to Attorney Ward's conduct throughout the discovery process and the January 30, 2020 incident at the Middle District of Florida, which is the subject of the Order to Show Cause dated February 21, 2020, *see* Doc. 249. These issues are unrelated to Attorneys Watson and Leitner's conduct throughout these proceedings, but opposing counsel opposes the relief requested herein based on these grounds.

                                    */s/ Leia V. Leitner*
                                    Leia V. Leitner

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 10, 2020, pursuant to Fed. R. Civ. P. 5(d)(3), I filed the foregoing document electronically with this court's CM/ECF system, which will serve an electronic copy of the foregoing document on the following counsel of record in this proceeding:

        **Alfred J. Bennington, Jr.**
        **Glennys Ortega Rubin**
        Shutts & Bowen, LLP
        Suite 1600
        300 S Orange Ave.
        Orlando, FL 32801
        Email: bbennington@shutts.com
        Email: grubin@shutts.com

**Daniel Joseph Barsky**
Shutts & Bowen, LLP
525 Okeechobee Blvd, Ste 1100
West Palm Beach, FL 33401-6351
Email: dbarsky@shutts.com

                                  */s/ Leia V. Leitner*
                                  Leia V. Leitner