UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WYNDHAM VACATION
OWNERSHIP, INC., et al.,

    Plaintiffs,

v.                                                         Case No. 8:19-cv-1895-T-36CPT

THE MONTGOMERY
LAW FIRM, LLC, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

Before the Court is the *Plaintiffs' Motion for Contempt and Sanctions against Defendant Mathew Tucker*. (Doc. 214). In their motion, the Plaintiffs request that the Court hold Tucker in contempt for failing to obey the Court's October 30, 2019, Order (Doc. 199) compelling Tucker to respond to the Plaintiffs' discovery requests referenced in the Order.

Tucker has failed to respond to the Plaintiffs' motion, and the time for doing so has elapsed. M.D. Fla. R. 3.01(b).

Accordingly, upon due consideration of the matter, it is hereby ORDERED:

1. Tucker shall file, within fourteen (14) days of the date of this Order, a response and memorandum of law as to why the *Plaintiffs' Motion for Contempt and Sanctions against Defendant Mathew Tucker* (Doc. 214) should not be granted.

2. Tucker is cautioned that a failure to comply with this directive may result in the imposition of sanctions and/or a finding of contempt.

DONE and ORDERED in Tampa, Florida, this 17th day of April 2020.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
*Pro se* parties