# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:19-cv-1895-T-36CPT | DATE: | April 21, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| WYNDHAM VACATION OWNERSHIP, INC., et al. v. THE MONTGOMERY LAW FIRM, LLC, et al. | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL** Glennys Rubin Christian Leger | |
| | | **DEFENSE COUNSEL** Leia Leitner David Wilson Robert Ward Heather Fleming | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 2:03 p.m. – 2:43 p.m. 2:54 p.m. – 3:08 p.m. | **TOTAL: 54 min.** | **COURTROOM:** 12B |

**PROCEEDINGS:   TELEPHONIC MOTION HEARING**

The Court hears oral argument re: the following motions:

Plaintiffs' Motion to Exceed the Current Deposition Limit (Dkt. 254).
Motion to Withdraw as Attorney (Dkt 264).

The Court takes the matter under advisement.

Order to follow.