UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WYNDHAM VACATION
OWNERSHIP, INC., et al.,

     Plaintiffs,

v.                             Case No. 8:19-cv-1895-T-36CPT

THE MONTGOMERY
LAW FIRM, LLC, et al.,

     Defendants.

_____/

**O R D E R**

Before the Court are *Plaintiffs' Motion for Leave to Exceed the Current Deposition Limit* and the *Motion to Withdraw as Counsel for Certain Defendants* filed by Defendants the Montgomery Law Firm, LLC, Montgomery & Newcomb, LLC, M. Scott Montgomery, Esq., W. Todd Newcomb, Esq., and Donnelly Snellen. (Docs. 254, 264). The Court held a hearing on these motions on April 21, 2020. For the reasons stated on the record at the hearing, it is hereby ORDERED:

1.      *Plaintiffs' Motion for Leave to Exceed the Current Deposition Limit* (Doc. 254) is granted. The Plaintiffs have made the required showing as to why more than ten (10) depositions per side is necessary. *See Ariel Syndicate 1910 v. Paramount Disaster Recovery, LLC*, 2018 WL 1988866, at *2 (M.D. Fla. Jan. 4, 2018); *United States v. Gachette*, 2015 WL 524369, at *1 (M.D. Fla. Feb. 9, 2015); *Tardif v. People for the Ethical*

*Treatment of Animals*, 2011 WL 2413630, at *1 (M.D. Fla. June 13, 2011); *Safeco Ins. Co. of Am. v. City of Jacksonville, Fla.*, 2011 WL 13176635, at *2 (M.D. Fla. Apr. 20, 2011).  Accordingly, both sides (the Plaintiffs and the Defendants) shall be allowed to depose: (a) each named party; (b) up to fifteen (15) Wyndham time share owners; and (c) up to seven (7) non-parties who are not Wyndham time share owners.  The depositions of the Wyndham time share owners shall be limited to no more than two (2) hours each.

2.      The *Motion to Withdraw as Counsel for Certain Defendants* (Doc. 264) is granted.  The Clerk of Court is directed to terminate attorneys Coleman W. Watson and Leia V. Leitner of the law firm of Watson, LLP, as counsel of record for the Montgomery Law Firm, LLC, Montgomery & Newcomb, LLC, M. Scott Montgomery, Esq., W. Todd Newcomb, Esq., and Donnelly Snellen.

3.      In accordance with Local Rule 2.02(a), attorney Robert M. Ward, who has been admitted pro hac vice, shall have thirty (30) days from the date of this Order to file a written designation as to who shall serve as local counsel for the Montgomery Law Firm, LLC, Montgomery & Newcomb, LLC, M. Scott Montgomery, Esq., W. Todd Newcomb, Esq., and Donnelly Snellen.  M.D. Fla. R. 2.02(a).  Failure to obtain local counsel may result in Ward's appearance being stricken.

DONE and ORDERED in Tampa, Florida, this 23rd day of April 2020.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

2

Copies to:
Counsel of record
*Pro se* parties