# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC. a Delaware corporation; WYNDHAM VACATION RESORTS, INC., a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION; an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, <br> Plaintiffs, <br> v. <br> THE MONTGOMERY LAW FIRM, LLC, a Missouri limited liability company; MONTGOMERY & NEWCOMB, LLC, a Missouri limited liability company; M. SCOTT MONTGOMERY, ESQ., an individual; W. TODD NEWCOMB, ESQ., an individual; CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP, a Missouri corporation; ATLAS VACATION REMEDIES, LLC, a Missouri limited liability company; PRINCIPAL TRANSFER GROUP, LLC, a Missouri limited liability company; JASON LEVI HEMINGWAY, an individual; DONNELLY SNELLEN, an individual; MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, a Missouri limited liability company; DAN CHUDY, an individual; MATTHEW TUCKER, an individual; and CATALYST CONSULTING FIRM LLC, a Missouri limited liability company, <br> Defendants. | **CIVIL ACTION NO.** <br> **8:19-cv-01895-CEH-CPT** <br><br> **AMENDED UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE LAWYER DEFENDANTS AND DEFENDANT SNELLEN** |

Counsel, as identified below, respectfully moves the Court for leave to withdraw as counsel for each of the following Defendants:

- The Lawyer Defendants – *i.e.,* The Montgomery Law Firm, LLC; Montgomery & Newcomb, LLC; M. Scott Montgomery, Esq.; and W. Todd Newcomb, Esq.; and

1

- Donnelly Snellen.

Pursuant to the provisions of Local Rule 3.01(g), the undersigned attorney has duly communicated with counsel for the other parties hereof, as to whether they would oppose a Motion to Withdraw as counsel for the above Defendants, and no opposition has been indicated.

Also, pursuant to the provisions of Local Rule 3.01(g) and the Court's Order of July 22, 2020 (Doc. 298), the undersigned attorney has once again duly communicated with the above identified Defendants, and has forwarded a copy of this Motion to them, and they have stated that they have no opposition to counsel's said Motion to Withdraw.

The last known contact information for Mr. Donnelly Snellen -- including Mr. Snellen's last known mailing address, telephone number, and email address – are, as follows:

>Mr. Donnelly Snellen,
>708 B Missouri Boulevard
>Jefferson City, Missouri 65109
>(573) 694-5474
>donnellysnellen@me.com

As the Court may be aware, former local counsel (Coleman W. Watson, Esq. and Leila V. Leitner, Esq.) have been replaced by Christian W. Waugh, Esq. -- a Florida attorney and a distinguished member of the Bar of this Court – who has been and will continue to serve as lead counsel. Moreover, trial of the cause has been set down for 16-months hence.

## Conclusion

In light of the above facts and considerations, and the compliance with (i) the Local Rule 3.10, and (ii) the said Order of the Court, neither the Court nor the parties would be prejudiced by the grant of the present Motion to Withdraw as Counsel, which is thus respectfully urged.

Respectfully submitted this 23th day of July, 2020,

**/s/ Robert M. Ward**
Robert M. Ward
(Admitted *Pro Haec Vice*)
3455 Peachtree Road NE, Floor 5
Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (404)606-6480
rward@bmwiplaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was filed on the date set forth hereon electronically via CM/ECF in the United States District Court for the Middle District of Florida, with notice and copy of same being electronically served by the Court upon all counsel of record.

**/s/ Robert M. Ward**

*Attorney for some of the Defendants*