**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WYNDHAM VACATION OWNERSHIP,
INC., *et al.*,

        Plaintiffs,                        Case No. 8:19-cv-1895-T-36CPT

v.

THE MONTGOMERY LAW FIRM, LLC,
*et al.*,

        Defendants.
_____/

## ORDER

This matter is before the Court *sua sponte*. On February 21, 2020, the Court issued an Order directing attorney Robert M. Ward to show cause as to why his *pro hac vice* privilege should not be revoked based on his behavior on January 30, 2020, on the first floor of the Sam M. Gibbons United States Courthouse. Doc. 249. On March 6, 2020, attorney Ward filed a written response (Doc. 253) to the Court's Show Cause Order. Pursuant to attorney Ward's request, the Court planned to schedule an in-person evidentiary hearing on the matter once it was safe to do so.[1] Attorney Ward has now withdrawn as counsel in this case. *See* Docs. 299, 300. Therefore, the Court will discharge the Order to Show Cause because the issue is moot. Accordingly, it is hereby

**ORDERED** that the February 21, 2020 Show Cause Order (Doc. 249) is **DISCHARGED**.

**DONE** and **ORDERED** in Tampa, Florida on July 31, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record
Unrepresented Parties

---

[1] On March 11, 2020, the World Health Organization declared COVID-19 a pandemic. In the interests of public safety and the health of all participants, in-person hearings have been limited due to the pandemic.